01/2012

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                                             ) Chapter 7
                                                               ) Bankruptcy Case No.
                                                               )
                                                               )
                  Debtor(s)                       )

**DECLARATION REGARDING ELECTRONIC FILING
PETITION AND ACCOMPANYING DOCUMENTS**

**DECLARATION OF PETITIONER(S)**

A.    [To be completed in all cases]

        I (We), __Kevin Mark Trudeau__ and _____ the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the documents are true and correct.

B.    [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐   I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

Kevin Mark Trudeau
Printed or Typed Name of Debtor or Representative        Printed or Typed Name of Joint Debtor

_[signature]_
Signature of Debtor or Representative                        Signature of Joint Debtor

4/22/2013
Date                                                                      Date