Certificate Number: 14751-NYS-CC-020792315



14751-NYS-CC-020792315

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 22, 2013, at 1:11 o'clock AM PDT, Kevin Trudeau received from $0$ BK Class Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Southern District of New York, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   April 22, 2013              By:    /s/LAURA C KERBY

                                    Name:  LAURA C KERBY

                                    Title: MANAGER

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).