# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Kevin Mark Trudeau | ) | Case No. 13-16784 (ERW) |
| | ) | |
| | ) | |
| | ) | Honorable Eugene R. Wedoff |
| | | |
| | | Hearing Date: May 15, 2013 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Wednesday, May 15, 2013 at 9:30 a.m. Central Time**, we shall appear before the Honorable Eugene R. Wedoff, United States Bankruptcy Judge, 219 South Dearborn Street, Room 744, Chicago, Illinois 60604, and then and there present the attached **Motion For Entry of Order Pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure Granting Additional Time for Filing Lists of Creditors, Schedules and Statements of Financial Affairs**, a copy of which is hereby served upon you.

Dated: May 6, 2013

                                            Respectfully submitted,

                                         _/s/Daniel J. McGuire_

                                        Daniel J. McGuire (ARDC #6239526)
                                        Winston & Strawn LLP
                                        35 West Wacker Drive
                                        Chicago, Illinois 60601
                                        Telephone: (312) 558-5600
                                        Facsimile: (312) 558-5700

CHI:2741138.4

# Certificate of Service

      I, Daniel J. McGuire, an attorney, certify that on May 6, 2013, I caused a true and correct copy of the attached **Motion For Entry of Order Pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure Granting Additional Time for Filing Lists of Creditors, Schedules and Statements of Financial Affairs** and notice with respect thereto to be served on the parties on the attached service list via First-Class Mail. Registered users of the Court's CM/ECF system that are participants in the above-captioned proceeding also received electronic notice of this filing.

                                                                                                   By: /s/ *Daniel J. McGuire*_____
                                                                                                      Daniel J. McGuire

## Service List

Alliance Publishing Group Inc.
130 Quail Ridge Drive
Westmont, IL 60559

Federal Trade Commission
600 Pennsylvania Ave NW
Washington, DC

GIN USA Inc.
130 Quail Ridge Drive
Westmont, IL 60559

Direct Response Associates LLC
130 Quail Ridge Drive
Westmont, IL 60559

International Pool Tour Inc.
130 Quail Ridge Drive
Westmont, IL 60559

Reno Rolle
537 Del Oro Drive
Ojai, CA 93023

KT Corporation Limited
130 Quail Ridge Drive
Westmont, IL 60559

Mark Abrams
Abrams and Abrams
180 W. Washington Street
Suite 910
Chicago, IL 60602

KT Radio Network Inc.
130 Quail Ridge Drive
Westmont, IL 60559

Bill Gladstone
Waterside Productions Inc.
2055 Oxford Ave.
Cardiff, CA. 92007

Natural Cures Inc.
130 Quail Ridge Drive
Westmont, IL 60559

TruStar Productions Inc.
130 Quail Ridge Drive
Westmont, IL 60559

Website Solutions USA Inc.
130 Quail Ridge Drive
Westmont, IL 60559

CHI:2741138.4

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Kevin Mark Trudeau | ) | Case No. 13-16784 (ERW) |
| | ) | |
| | ) | |
| | ) | Honorable Eugene R. Wedoff |

**MOTION FOR ENTRY OF ORDER PURSUANT TO SECTION 521 OF THE BANKRUPTCY CODE AND RULE 1007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE GRANTING ADDITIONAL TIME FOR FILING LISTS OF CREDITORS, SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtor (the "Debtor"), by and through his undersigned counsel, moves (the "Motion") this Court for entry of an order extending the time for the Debtor to file his lists of creditors, schedules of assets and liabilities, current income and expenses and executory contracts and unexpired leases, and statements of financial affairs (the "Schedules and Statements"). In further support of this Motion, the Debtor respectfully states as follows:

**JURISDICTION**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief requested herein are section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**INTRODUCTION**

3. On April 22, 2013 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of title 11 of the Bankruptcy Code.

CHI:2741138.4

## RELIEF REQUESTED

4.     By this Motion, the Debtor requests that this Court enter an order, pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007, extending the time for the Debtor to file his Schedules and Statements.

## BASIS FOR RELIEF REQUESTED

5.     Pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007, a debtor is required, within certain time frames, to file Schedules and Statements.

6.     Bankruptcy Rule 1007(a)(5) and (c) provides that the time within which these Schedules and Statements shall be filed may be extended for cause, on application to the Court, with notice to the United States Trustee, any committee established pursuant to sections 705 or 1102 of the Bankruptcy Code, trustee, examiner and such other parties as the Court may direct.

7.     Because of the fact that the Debtor is currently residing in Switzerland and, thus, has had delays in collecting information from sources to accurately file his Schedules and Statements, it has been impossible for the Debtor to assemble all of the necessary information required to prepare Schedules and Statements prior to deadline to do so.

8.     In addition, the Debtor is in the process of retaining new counsel and requires extra time to work with such counsel to file his Schedules and Statements.

9.     The Debtor is currently assembling the information necessary to prepare and file his Schedules and Statements, and anticipates that he will be in a position to do so within 28 days of the Petition Date.  The Debtor will file these materials well in advance of the first meeting of creditors convened pursuant to section 341 of the Bankruptcy Code, currently scheduled for July 1, 2013.  Accordingly, the Debtor respectfully requests such an extension.

2

CHI:2741138.4

Granting the requested extension will greatly enhance the accuracy of the Debtor's Schedules and Statements to be filed with the Court.

## **NOTICE**

10. Notice of this Motion has been given to: (a) the Office of the United States Trustee and (b) the Debtor's creditors as set forth in the list filed with the Debtor's petition. In light of the nature of the relief requested, the Debtor submits that no further notice is required.

CHI:2741138.4

WHEREFORE, the Debtor respectfully requests that the Court enter an order granting him a 14-day extension of time to file his Schedules and Statements and granting him such further relief as may be equitable and just.

Dated: May 6, 2013          Respectfully submitted,

                 */s/Daniel J. McGuire*
                 Daniel J. McGuire (ARDC #6239526)
                 Winston & Strawn LLP
                 35 West Wacker Drive
                 Chicago, Illinois 60601
                 Telephone: (312) 558-5600
                 Facsimile: (312) 558-5700

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Kevin Mark Trudeau | ) | Case No. 13-16784 (ERW) |
| | ) | |
| | ) | |
| | ) | Honorable Eugene R. Wedoff |

**ORDER PURSUANT TO SECTION 521 OF THE BANKRUPTCY
CODE AND RULE 1007 OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE GRANTING ADDITIONAL TIME FOR FILING LISTS OF
<u>CREDITORS, SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS</u>**

Upon consideration of the motion (the "<u>Motion</u>")[1] of the debtor in the above-captioned case (the "<u>Debtor</u>"), seeking entry of an order pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007 extending the time within which the Debtor shall file his Schedules and Statements; it appearing that the Court has jurisdiction to consider the Motion; it appearing that the relief requested in the Motion is in the best interest of the Debtor, the estate, and the creditors; it appearing that due notice of the Motion has been provided under the circumstances, and that no further notice need be provided; and after due deliberation and good and sufficient cause appearing therefor, it is:

ORDERED that the Motion is GRANTED in its entirety; and it is further

ORDERED that all objections to the Motion or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled on the merits; and it is further

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

CHI:2741138.4

ORDERED that notice of the Motion was proper, timely, adequate and sufficient under the particular circumstances; and it is further

ORDERED that the time within which the Debtor shall file Schedules and Statements is extended to and including May 20, 2013, 2013; and it is further

ORDERED that entry of this Order shall be without prejudice to the Debtor's right to apply to this Court, upon appropriate notice, for further extension(s) of time to prepare and file such Schedules and Statements; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: Chicago, Illinois
       May __, 2013

_____
HONORABLE EUGENE R. WEDOFF

2

CHI:2741138.4