UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Kevin Mark Trudeau | ) | Case No. 13-16784 (ERW) |
| | ) | |
| | ) | |
| | ) | Honorable Eugene R. Wedoff |

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that my firm, Winston & Strawn, LLP, is counsel to Kevin Mark Trudeau (the "Debtor") and that compensation paid to Winston & Strawn within one year before the filing of the petition in bankruptcy, or agreed to be paid to Winston & Strawn, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case consisted of $10,105.00 paid on April 22, 2013, and a retainer of $75,000 for services from that date forward, as more fully set forth in the engagement letter attached hereto as Exhibit A.

2.    The source of the compensation paid to Winston & Strawn was a wire transfer from Global Information Network.

3.    The source of compensation to be paid to Winston & Strawn is the retainer described in paragraph 1, above, from that same entity.

4.    Winston & Strawn has not agreed to share the above-disclosed compensation with any other person unless they are members, partners or regular associates of Winston & Strawn.

5.    In return for the above-disclosed fee, Winston & Strawn agreed to render legal service for the bankruptcy case, including rendering advice to the Debtor in determining whether to file a petition in bankruptcy; and certain services in connection with the preparation

CHI:2741872.1
CHI:2741872.1

and filing of the Debtor's petition as more fully described in the attached engagement letter.

6.      By agreement with the Debtor, services related to the Debtor's bankruptcy case from and after the date hereof shall be provided by Debtor's new attorney.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case.


    5/6/2013                                    /s/Daniel J. McGuire

                                           Daniel J. McGuire (ARDC #6239526)
                                           Winston & Strawn LLP
                                           35 West Wacker Drive
                                           Chicago, Illinois 60601
                                           Telephone: (312) 558-5600
                                           Facsimile: (312) 558-5700