# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re | ) |
| | ) |
| | ) Chapter 7 |
| Kevin Mark Trudeau | ) |
| | ) Case No. 13-16784 (ERW) |
| | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, MICHAEL P. MORA, hereby apply to the Court under District Court Local Rule 83.14 and Bankruptcy Court Local Rule 2090-3 for permission to appear and participate in the above-entitled case and all related adversary proceedings on behalf of the Federal Trade Commission, a party in interest and creditor, and in support hereof declare as follows:

1. I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| State of Illinois Supreme Court | 1988 |
| U.S. District Court for Central District of Illinois | 1998 |
| U.S. Court of Appeals for the Ninth Circuit | 1997 |
| U.S. Court of Appeals for the D.C. Circuit | 1998 |

2. I have concurrently, or within 3 years of this application, made *pro hac vice* applications to this Court in the following actions:  Not applicable.

3. Pursuant to District Court Local Rule 83.15 and Bankruptcy Court Local Rule 2090-4, I designate Steven M. Wernikoff, Staff Attorney of the Federal Trade Commission,

whose address is 55 West Monroe Street, Suite 1825, Chicago, Illinois 60603-5001, telephone number (312) 960-5634, facsimile number (312) 960-5600, and who is a member of the Bar of this Court and maintains an office in this District for the practice of law, as local counsel.

4. I have never been censured, suspended, disbarred, or otherwise disciplined by any court.

5. I am not currently the subject of an investigation of my professional conduct.

6. I have never been transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court.

7. I have never been denied admission to the bar of any court.

8. I have never been held in contempt of court.

9. I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (District Court Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 13, 2013                                 Respectfully Submitted,

/s/ Michael Mora

Michael P. Mora  (IL 6199875)
Federal Trade Commission
600 Pennsylvania Ave., NW, M-8102B
Washington, D.C.  20580
(Tel.) (202) 326-3373
(Fax) (202) 326-2558
(Email) mmora@ftc.gov

**CERTIFICATE OF SERVICE**

    I, Michael Mora, hereby certify that on May 13, 2013, I caused to be served true copies of the foregoing to registered users of the Court's CM/ECF system that are participants in the above-captioned case via electronic notice.

    /s/ Michael Mora
Michael Mora (mmora@ftc.gov)
Attorney for Plaintiff
Federal Trade Commission