UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Kevin Mark Trudeau | ) | Case No. 13-16784 (ERW) |
| | ) | |
| | ) | |
| | ) | Honorable Eugene R. Wedoff |

ORDER PURSUANT TO SECTION 521 OF THE BANKRUPTCY
CODE AND RULE 1007 OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE GRANTING ADDITIONAL TIME FOR FILING LISTS OF
CREDITORS, SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

Upon consideration of the motion (the "Motion")[1] of the debtor in the above-captioned case (the "Debtor"), seeking entry of an order pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007 extending the time within which the Debtor shall file his Schedules and Statements; it appearing that the Court has jurisdiction to consider the Motion; it appearing that the relief requested in the Motion is in the best interest of the Debtor, the estate, and the creditors; it appearing that due notice of the Motion has been provided under the circumstances, and that no further notice need be provided; and after due deliberation and good and sufficient cause appearing therefor, it is:

ORDERED that the Motion is GRANTED in ~~its entirety~~ part; and it is further

~~ORDERED that all objections to the Motion or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled on the merits; and it is further~~

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

CHI:2741138.4

ORDERED that notice of the Motion was proper, timely, adequate and sufficient under the particular circumstances; and it is further

ORDERED that the time within which the Debtor shall file Schedules and Statements is extended to and including May 17, 2013 at 4:30 p.m., 2013; and it is further

ORDERED that entry of this Order shall be without prejudice to the Debtor's right to apply to this Court, upon appropriate notice, for further extension(s) of time to prepare and file such Schedules and Statements; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: Chicago, Illinois
      May 15, 2013

HONORABLE EUGENE R. WEDOFF