**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Kevin Mark Trudeau | ) | Case No. 13-16784 (ERW) |
| | ) | |
| | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | Hearing Date:  May 28, 2013 |

## NOTICE OF ROUTINE MOTION

**PLEASE TAKE NOTICE** that on **Tuesday, May 28, 2013 at 9:30 a.m. Central Time**, we shall appear before the Honorable Eugene R. Wedoff, United States Bankruptcy Judge, 219 South Dearborn Street, Room 744, Chicago, Illinois 60604, and then and there present the attached **Routine Motion For Substitution and Withdrawal of Counsel**, a copy of which is hereby served upon you.

Dated: May 17, 2013

                                                Respectfully submitted,

                                          _/s/Daniel J. McGuire_

                                         Daniel J. McGuire (ARDC #6239526)
                                         Winston & Strawn LLP
                                         35 West Wacker Drive
                                         Chicago, Illinois 60601
                                         Telephone: (312) 558-5600
                                         Facsimile: (312) 558-5700

                                         **Agreed:**

                                         _/s/ David C. Boyd_

                                         David C. Boyd
                                         Law Offices of David Boyd, Ltd.
                                         35 East Wacker Drive
                                         Chicago, Illinois 60601
                                         Telephone: (888) 529-3990
                                         Facsimile: (773) 409-5295

## Certificate of Service

  I, Daniel J. McGuire, an attorney, certify that on May 17, 2013, I caused a true and correct copy of the attached **Routine Motion For Substitution and Withdrawal of Counsel** and notice with respect thereto to be served on the parties on the attached service list via First-Class Mail. Registered users of the Court's CM/ECF system that are participants in the above-captioned proceeding also received electronic notice of this filing.

              By: /s/ *Daniel J. McGuire*
                 Daniel J. McGuire

**Service List**

Alliance Publishing Group Inc.
130 Quail Ridge Drive
Westmont, IL 60559

GIN USA Inc.
130 Quail Ridge Drive
Westmont, IL 60559

International Pool Tour Inc.
130 Quail Ridge Drive
Westmont, IL 60559

KT Corporation Limited
130 Quail Ridge Drive
Westmont, IL 60559

KT Radio Network Inc.
130 Quail Ridge Drive
Westmont, IL 60559

Natural Cures Inc.
130 Quail Ridge Drive
Westmont, IL 60559

TruStar Productions Inc.
130 Quail Ridge Drive
Westmont, IL 60559

Federal Trade Commission
600 Pennsylvania Ave NW
Washington, DC

Direct Response Associates LLC
130 Quail Ridge Drive
Westmont, IL 60559

Reno Rolle
537 Del Oro Drive
Ojai, CA 93023

Mark Abrams
Abrams and Abrams
180 W. Washington Street
Suite 910
Chicago, IL 60602

Bill Gladstone
Waterside Productions Inc.
2055 Oxford Ave.
Cardiff, CA. 92007

Website Solutions USA, Inc.
130 Quail Ridge Drive
Westmont, IL 60559

Kevin Trudeau
3 Grant Square #360
Hinsdale, IL 60521

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Kevin Mark Trudeau | ) | Case No. 13-16784 (ERW) |
| | ) | |
| | ) | |
| | ) | Honorable Eugene R. Wedoff |

**ROUTINE MOTION FOR SUBSTITUTION OF COUNSEL AND**
**LEAVE TO WITHDRAW AS COUNSEL**

Winston & Strawn, LLP ("Winston & Strawn"), counsel for Kevin Mark Trudeau (the "Debtor"), hereby moves (the "Motion") this Court, pursuant to Rule 2091-1 and Rule 9019(7) of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Local Rules"), for an order substituting David C. Boyd of Law Offices of David Boyd, Ltd. for Daniel J. McGuire of Winston & Strawn LLP as counsel of record for the Debtor and granting the withdrawal of Daniel J. McGuire as counsel of record for the Debtor. Winston & Strawn will no longer be participating in this matter.

WHEREFORE, Debtor respectfully requests: (i) leave of Court for the substitution of David C. Boyd for Daniel J. McGuire; (ii) leave for the withdrawal of Daniel J. McGuire as counsel of record; and (iii) and for such other relief as is deemed just and proper.

Dated: May 17, 2013

Respectfully submitted,

*/s/Daniel J. McGuire*

Daniel J. McGuire (ARDC #6239526)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

**Agreed:**

*/s/ David C. Boyd*

David C. Boyd
Law Offices of David Boyd, Ltd.
35 East Wacker Drive
Chicago, Illinois 60601
Telephone: (888) 529-3990
Facsimile: (773) 409-5295