**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Kevin Mark Trudeau | ) | Case No. 13-16784 (ERW) |
| | ) | |
| | ) | |
| | ) | Honorable Eugene R. Wedoff |

**ROUTINE ORDER AUTHORIZING SUBSTITUTION OF COUNSEL AND LEAVE TO WITHDRAW AS COUNSEL**

This matter coming before the Court on the routine motion (the "Motion")[1] of Winston & Strawn LLP ("Winston & Strawn") for leave to substitute counsel and withdraw as counsel of record to the Debtor pursuant to Rule 2091-1 and 9013-9(7) of the Local Rules; due and proper notice thereof having been given; the Court having considered the Motion, and any opposition thereto; and there being good cause therefor,

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is granted.

2.  David C. Boyd shall be substituted for Daniel J. McGuire of Winston & Strawn LLP as counsel for the Debtor.

3.  Daniel J. McGuire of Winston & Strawn and Winston & Strawn may withdraw as counsel of record to the Debtor.

Chicago, Illinois

_____ \_\_\_\_, 2013

_____
HONORABLE EUGENE R. WEDOFF

---

[1] All capitalized terms used but not defined in herein shall have the meanings ascribed thereto in the Motion.