**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Kevin Mark Trudeau | ) | Case No. 13-16784 (ERW) |
| | ) | |
| | ) | |
| | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | Hearing Date: May 28, 2013 |

**AMENDED NOTICE OF ROUTINE MOTION**

     **PLEASE TAKE NOTICE** that on **Friday, May 17, 2013**, we filed the attached **Routine Motion For Substitution and Withdrawal of Counsel** (the "Motion"), a copy of which is hereby served upon you. **The proposed order appended to the Motion may be entered by the judge without presentment in open court unless a party in interest notifies the judge of an objection thereto pursuant to section 9013-9(C) Local Rules of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division**. A hearing on the Motion may be held on Tuesday May 28, 2013 at 9:30 a.m. Central Time should the judge decide that such a hearing is necessary.

Dated: May 17, 2013

                                         Respectfully submitted,

                                          _/s/Daniel J. McGuire_

                                          Daniel J. McGuire (ARDC #6239526)
                                          Winston & Strawn LLP
                                          35 West Wacker Drive
                                          Chicago, Illinois 60601
                                          Telephone: (312) 558-5600
                                          Facsimile: (312) 558-5700

                                          **Agreed:**

                                          _/s/ David C. Boyd_

                                          David C. Boyd
                                          Law Offices of David Boyd, Ltd.
                                          35 East Wacker Drive
                                          Chicago, Illinois 60601
                                          Telephone: (888) 529-3990
                                          Facsimile: (773) 409-5295