UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| **Kevin Mark Trudeau,** | ) | |
| | ) | Case No. **13 B 16784** |
| | ) | |
| | ) | Hon. Eugene R. Wedoff |
| Debtor. | ) | |

## NOTICE OF MOTION

To: See Attached Service List

PLEASE TAKE NOTICE that on **Tuesday, May 28, 2013** at the hour of **9:30 A.M.**, I shall appear before the Honorable Eugene R. Wedoff, Bankruptcy Judge, in Courtroom 744, Everett McKinley Dirksen Courthouse, 219 South Dearborn Street, Chicago, Illinois or before any other Bankruptcy Judge who may be sitting in his place and shall present and request an immediate hearing on a **MOTION TO DISMISS FOR FAILURE TO FILE REQUIRED DOCUMENTS UNDER SECTION 521(A)(1),** a copy of which is attached hereto and is herewith served upon you.

/s/ M. Gretchen Silver
M. Gretchen Silver, Trial Attorney
Office of the U.S. Trustee
219 South Dearborn, St., Suite 873
Chicago, Illinois  60604
(312) 353-5054

## CERTIFICATE OF SERVICE

I, M. Gretchen Silver, an attorney, state that pursuant to Local Rule 9013-3(D) the above **Notice of Motion** and the appended **MOTION TO DISMISS FOR FAILURE TO FILE REQUIRED DOCUMENTS UNDER SECTION 521(A)(1)** were filed on May 20, 2013, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on May 20, 2013.

/s/ M. Gretchen Silver

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Daniel J. McGuire
dmcguire@winston.com

**Parties Served via First Class Mail:**

Kevin Mark Trudeau
3 Grant Square #360
Hindsdale, IL 60521

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| **Kevin Mark Trudeau,** | ) | |
| | ) | Case No. **13 B 16784** |
| | ) | |
| | ) | Hon. Eugene R. Wedoff |
| Debtor. | ) | |

**MOTION TO DISMISS FOR FAILURE TO FILE
REQUIRED DOCUMENTS UNDER SECTION 521(A)(1)**

TO:  THE HONORABLE EUGENE R. WEDOFF
     BANKRUPTCY JUDGE

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), by his attorney, M. Gretchen Silver, and moves this Court to dismiss the above-captioned Chapter 7 case pursuant to § 707(a)(3) of the Bankruptcy Code and in support thereof states as follows:

1. The debtor, Kevin Mark Trudeau (the "Debtor"), represented by Daniel J. McGuire, filed a petition for relief under Chapter 7 of the Bankruptcy Code on April 22, 2013.

2. Pursuant to Fed. R. Bankr. P. 1007(b)(4) and § 707(b)(2)(C) of the Bankruptcy Code, the Debtor is required as part of the schedule of current income and expenditures required under Section 521, to include a statement of the Debtor' current monthly income, and, if the income exceeds the median family income for the applicable state and household size, the information, including calculations, required by § 707(b), prepared as prescribed by the appropriate Official Form (the "Statement").

3. The Debtor has failed to timely file the Statement.

4. In addition Debtor is required to file complete schedules and statement of financial affairs within 14 days after filing his Chapter 7 petition pursuant to § 521(1) of the Bankruptcy Code and Fed. R. Bankr. P. 1007(c).  The Debtor has failed to file schedules and statement of financial affairs as of the date of this motion.

5. The Court granted the Debtor a final extension of time until May 17, 2013 at 4:30 p.m. to file his missing documentation, which Debtor failed to do.

6. Based on the Debtor's lack of compliance with the Bankruptcy Code and Rule, cause exists to dismiss this case.

**WHEREFORE,** the U.S. Trustee requests the Court to dismiss the Debtor's Chapter 7 case pursuant to § 707(a)(3) of the Bankruptcy Code.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: <u>May 20, 2013</u>

/s/ M. Gretchen Silver
M. Gretchen Silver, Trial Attorney
Office of the U.S. Trustee
219 South Dearborn, St., Suite 873
Chicago, Illinois  60604
(312) 353-5054